## CITY OF NASHVILLE ET AL. *v.* UNITED STATES ET AL.

No. 365.   Decided November 18, 1957.*

*Allison B. Humphreys, Harold Seligman* and *William Waller* for appellants in No. 365.

*Judson Harwood* for appellants in No. 519.

*Solicitor General Rankin* and *Robert W. Ginnane* for the United States and the Interstate Commerce Commission, appellees.

*W. L. Grubbs, John J. Hooker* and *William H. Swiggart* for the Louisville & Nashville Railroad Co., appellee.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

---

*Together with No. 519, *Lambert et al.* v. *United States et al.,* also on appeal from the same court.